**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| SANDRA WEBER, | Civil No. 07-94  (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| MICHAEL J ASTRUE, | |
| Defendant. | |

_____

Jennifer G. Mrozik,  **NORTHWEST DISABILITY SERVICES**, 1611 West County Road B, Suite 106, Roseville, MN 55113, for platintiff.

Lonnie F. Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated January 7, 2008.  There being no objections filed to Magistrate Judge Boylan's Report and Recommendation, **THE COURT HEREBY ORDERS** that:

(1) Plaintiff's Motion for Summary Judgment [Docket No. 12] is **denied**; and

(2) Commissioner's Motion for Summary Judgment [Docket No. 15] is **granted**.

DATED: January 24, 2008
at Minneapolis, Minnesota.

                                                                      s/John R. Tunheim
                                                                  JOHN R. TUNHEIM
                                                   United States District Judge